UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLF CHEREWICK,<br><br>                                          Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY, et al.,<br><br>                                          Defendants. | Case No.: 20cv693-BEN (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

On May 21, 2021, the parties filed a "Joint Motion to Continue Mandatory Settlement Conference." (ECF No. 17.) They ask the Court to vacate the video Mandatory Settlement Conference ("MSC") currently scheduled for June 4, 2021, and reset the MSC for "a date convenient to the Court but at least 30 days after the Court issues its ruling on Defendant's Motion for Summary Judgment." (Id. at 2.) In support, the parties state that the MSC is scheduled before their deadline to file dispositive motions, and Defendant State Farm intends to file a Motion for Summary Judgment. (Id.) They further contend that their "respective positions regarding settlement value remain unchanged[,]" and "until such time as the Court rules on Defendant's Motion for Summary Judgment, a settlement conference would be fruitless and not a productive use of the Court's time." (Id.)

Having considered the parties' joint motion and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court **VACATES** the MSC currently scheduled for **June 4, 2021**, at **1:30 p.m.** The Court **ORDERS** the parties to contact the chambers of Judge Berg within **five business days** of the District Judge's ruling on State Farm's Motion for Summary Judgement to reset the MSC.

**IT IS SO ORDERED**.

Dated: May 21, 2021

Honorable Michael S. Berg
United States Magistrate Judge

20cv693-BEN (MSB)